**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1008

VELMA V. BANKS,

Plaintiff - Appellant,

versus

SAN-J INTERNATIONAL,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-00-184-3)

Submitted:  September 25, 2001          Decided:  October 15, 2001

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Velma V. Banks, Appellant Pro Se.  William Carter Younger, James LeRoy Banks, Jr., MCGUIREWOODS, L.L.P., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Velma V. Banks appeals the district court's order granting summary judgment to the Defendant in her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Banks v. San-J Int'l, No. CA-00-184-3 (E.D. Va. Nov. 29, 2000 & Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2